In re Frances PIKUSH, Debtor.

James L. KENNEDY, Chapter
7 Trustee, Appellee,

v.

Frances PIKUSH, Appellant.

No. 93–56293.

United States Court of Appeals,
Ninth Circuit.

Submitted * June 8, 1994.

Decided June 15, 1994.

Frederick C. Phillips, Phillips, Campbell, Haskett, Noone & Ingwalson, San Diego, CA, for appellant.

Ross G. Simmons, Ferrette & Slater, San Diego, CA, for appellee.

Before: FLETCHER, CANBY, and HALL, Circuit Judges.

We affirm the decision of the Bankruptcy Appellate Panel for the reasons stated in its

thorough opinion. *See Kennedy v. Pikush (In re Pikush)*, 157 B.R. 155 (9th Cir. BAP 1993).

**AFFIRMED.**